UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 99-cr-00253-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DENISE BACA,

        Defendant,

  and

FOOD CONCEPTS INC.,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee FOOD CONCEPTS INC. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

                                            BY THE COURT:

                                            s/ Daniel B. Sparr

Dated: June 26, 2006

                                            SENIOR UNITED STATES DISTRICT JUDGE