THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-cr-00253-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENISE BACA,

    Defendant.

and

FOOD CONCEPTS,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on May 3, 2006 in this case is GRANTED.

ORDERED and entered this 3rd day of August, 2007.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE
Magistrate Judge